UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JONATHAN FRANCISCO,** : | |
| Plaintiff, : | |
| : | |
| v. : | No. 25-cv-0464 |
| : | |
| **DELANEY J. HERTZOG and CHRISTINA M.** : | |
| **PARSONS,** : | |
| Defendants. : | |

# O R D E R

**AND NOW**, this 20th day of March, 2025, upon consideration of Plaintiff Jonathan Francisco's *pro se* Complaint (ECF No. 2) and Motion for Reconsideration (ECF No. 5), it is **ORDERED** that:

1. The Complaint is **DEEMED** filed.

2. The Clerk of Court is **DIRECTED** to mark Francisco's Complaint as "case participant view only."

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. Johnson's Motion for Reconsideration is **DENIED AS MOOT**.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR.**
**United States District Judge**